1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>20,922.706 SHARES TO INCLUDE ALL PAST AND FUTURE SEMI-ANNUAL DIVIDEND DISTRIBUT10NS EARNED ON THE 20,922706 SHARES FROM FRANKLIN TEMPLETON INVESTOR SERVICES LLC ACCOUNT XXX,<br><br>　　　　　Defendant. | No. 1:15-cv-03047-SAB<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** |

Before the Court is the United States' Motion for Entry of the Final Order of Forfeiture. The motion was heard without oral argument. No opposition to the motion has been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The United States' Motion for Entry of the Final Order of Forfeiture ECF No. 16, is **GRANTED**.

/// 
/// 
/// 

**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** ~ 1

1     **IT IS SO ORDERED.** The District Court Executive is hereby directed to

2 file this Order and provide copies to counsel.

3     **DATED** this 3rd day of December, 2015.

4

5

6 

7

8 _____

9                  Stanley A. Bastian

10            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** ~ 2