UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>20,922.706 SHARES TO INCLUDE ALL PAST AND FUTURE SEMI-ANNUAL DIVIDEND DISTRIBUT10NS EARNED ON THE 20,922706 SHARES FROM FRANKLIN TEMPLETON INVESTOR SERVICES LLC ACCOUNT XXX,<br><br>　　　　Defendant. | No. 1:15-cv-03047-SAB<br><br>**FINAL ORDER OF FORFEITURE** |

　　　Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant shares and dividends are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). ECF No. 1.

　　　The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

　　　The Defendant property being forfeited is described as follows:

　　　ACCOUNT/SHARES

　　　The value in U.S. funds upon the date of liquidation of the

　　　20,922.706 Shares seized by the Federal Bureau of Investigation,

**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** ~ 1

pursuant to a federal seizure warrant, from Franklin Templeton Investor Services LLC account XXX-X3201, which were held in the name of Dr. Sawraj Singh, plus the value of the total government dividend shares totaling 1,457.530 acquired through the redistribution of the original shares through December 31, 2014.

On June 16, 2015, and July 7, 2015, the United States Marshals Service executed the Warrant of Arrest In Rem. The returned warrants were filed with the Court under the above cause number on July 10, 2015. ECF No. 6.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning May 20, 2015, through June 18, 2015. ECF No. 7, 7-1 and 7-2. Based upon the internet publication start date of May 20, 2015, the last date to file a timely claim, if direct notice was not received, was July 19, 2015.

On or about July 14, 2015, GURINDER JEET KAUR SINGH was served in care of Attorney Ronald Friedman, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, the Praecipe, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture. ECF No. 8. The file reflects that the United States Attorney's Office received the certified mail return receipt card on July 20, 2015. The return receipt card indicates that the mailing was received on July 17, 2015. Based upon the direct notice service date of July 14, 2015, GURINDER JEET KAUR SINGH's deadline to file a timely claim was August 18, 2015. To date, no response, or claim of interest has been received by the United States or filed with the Court, and the time allowed for filing of its claim has expired. On or about September 16, 2015, the United States filed its Notice of Motion for Default, which was served via certified mail in care of Attorney Ronald Friedman. ECF No. 10. The file reflects that the United States Attorney's Office received the certified mail return receipt card on September 22,

**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** ~ 2

1  2015. The return receipt card indicates that the mailing was received on September
2  18, 2015. On October 6, 2015, a Clerk's Order of Default was entered against
3  GURINDER JEET KAUR SINGH. ECF No. 15.
4      On or about July 14, 2015, SAWRAJ SINGH, was served in care of
5  Attorney Ronald Friedman, via certified mail, return receipt requested, with a copy
6  of the Verified Complaint for Forfeiture In Rem, the Praecipe, Warrant of Arrest
7  In Rem, and Notice of Complaint for Forfeiture. ECF No. 9. The file reflects that
8  the United States Attorney's Office received the certified mail return receipt card
9  on July 20, 2015. The return receipt card indicates that the mailing was received
10 on July 17, 2015. Based upon the direct notice service date of July 14, 2015,
11 SAWRAJ SINGH's deadline to file a timely claim was August 18, 2015. On or
12 about September 16, 2015, the United States filed its Notice of Motion for Default,
13 which was served via certified mail in care of Attorney Ronald Friedman. ECF No.
14 11. The file reflects that the United States Attorney's Office received the certified
15 mail return receipt card on September 23, 2015. The return receipt card indicates
16 that the mailing was received on September 18, 2015. On October 6, 2015, a
17 Clerk's Order of Default was entered against SAWRAJ SINGH. ECF No. 14.
18     No claims to the Defendant shares and dividends have been received.
19     It appearing to the Court that any and all potential claimant interests in the
20 Defendant shares and dividends have been resolved as follows:
21     1) On October 6, 2015 a Clerk's Order of Default was entered against
22 GURINDER JEET KAUR SINGH. ECF No. 15.
23     2) On October 6, 2015 a Clerk's Order of Default was entered against
24 SAWRAJ SINGH. ECF No. 14.
25     It also appearing to the Court that no other timely claims have been made to
26 the Defendant shares and dividends;
27     Accordingly, **IT IS HEREBY ORDERED**:
28     1. The Defendant shares and dividends are hereby **forfeited** to the United

**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** ~ 3

States of America, and no right, title, or interest shall exist in any other person.

2. Fiduciary Trust International of the South shall liquidate and remit the value of the Defendant shares and dividends, in U.S. funds, less the mandatory 20% federal withholding, to the United States Marshal's Service.

3. The United States Marshals Service shall dispose of the forfeited Defendant shares and dividends in accordance with law.

4. The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of December, 2015.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** ~ 4